**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff,

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant.
_____
Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.

    Plaintiffs,

v.

WAYNE N. HARRIS, et al.,

    Defendants.
_____

**ORDER**
_____

The above matters are before the Court on "Rohrbough Plaintiffs' Request for Ruling on Motion Regarding Protective Order." The Court notes that there remains pending before the Tenth Circuit Court of Appeals Case No. 00-M-160, *Stone v. Harris*, USCA Docket No. 03-1004. Resolution of that appeal may or may not bear relevance upon the remaining matter pending in the above-captioned cases. Therefore, in the exercise of the Court's discretion

IT IS ORDERED that the resolution of the pending matter in the above-captioned cases is held in abeyance pending determination of the appeal by the Tenth Circuit Court of Appeals in *Stone v. Harris*.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: July 26, 2006