IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.,

    Plaintiffs,

v.

WAYNE F. HARRIS, et al.,

    Defendants.
_____

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff,

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant.
_____

ORDER
_____

    As discussed and stipulated at the status and scheduling hearing held on January 26, 2007, IT IS HEREBY ORDERED as follows:

    1. All attorney work product of the attorneys of the firm of Wheeler, Trigg & Kennedy, P. C. currently held in a locked file cabinet and also consisting of data within a computer tower on hard drive located in the Evidence Room shall be returned to Wheeler, Trigg & Kennedy, P.C. under the supervision of the Special Master and destroyed;

2. Wheeler, Trigg & Kennedy, P.C. shall certify to the Court and the Special Master that it has received and destroyed all work product currently held in the Evidence Room on or before February 16, 2007; and

3. The parties shall file statements of their position on the Court's proposal regarding the disposition of remaining materials in the Evidence Room on or before February 16, 2007.

Dated: January 26th, 2007 in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE