IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.,

    Plaintiffs,

v.

WAYNE F. HARRIS, et al.,

    Defendants.

_____

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff,

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant.

_____

ORDER
_____

    This case is before me on Mark A. Schnurr, Sharilyn K. Schnurr, and Valeen Schnurr's Objection to Destruction of Evidence [Doc # 215] relating to the Magistrate Judge's Order dated September 23, 2003 (the "Disposition Order") [Doc # 211].  The Schnurrs' objection to the Disposition Order was predicated on their appeal of the dismissal of their claims in the case of *Schnurr v. Board of County Commissioners of Jefferson County,* Case No. 00-cv-00790. Specifically, the Schnurrs argued that the discovery materials to be destroyed pursuant to the

Disposition Order would be extremely valuable to the prosecution of their claims in Case No. 00-cv-00790 and should therefore be preserved in the event that their appeal was successful. On Febraury 26, 2004, however, the Schnurrs' appeal was voluntarily dismissed from the Tenth Circuit Court of Appeals thereby rendering the dismissal of their claims the final disposition of Case No. 00-cv-00790.

IT IS THEREFORE ORDERED that the Schnurrs' Objection to Destruction of Evidence [Doc # 215] is DENIED AS MOOT.

Dated: April  2 , 2007 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE