IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2009

GREGORY C. LANGHAM
CLERK

Civil Case No. 00-cv-00808-LTB-PAC

BRIAN E. ROHRBOUGH, et al.,

    Plaintiffs

v.

WAYNE R. HARRIS, et al.,

    Defendants

---

Civil Case No. 01-cv-02076-LTB-PAC

MARK ALLEN TAYLOR,

    Plaintiff

v.

SOLVAY PHARMACEUTICALS, INC.,

    Defendant

---

## ORDER

WHEREAS, the Court has determined that certain exhibit contents within the sealed files of these consolidated cases, now in the physical custody of the Federal Records Center, are in media formats of VHS, CDs, and magnetic recording tapes and, therefore, are subject to possible deterioration, the Court has previously authorized in an order dated November 12, 2008 that the Court's Information Technology Director Diann Duino have access to the sealed files to inspect and determine the number of such recordings and tapes.

In the same cited order of November 12, 2008, the Court further authorized that said recordings and tapes may be removed from the files by the above identified court official for the

purposes of preservation in acceptable and secure electronic format as determined by Ms. Duino. The preservation process shall be conducted in a secure manner by those qualified to do so as determined and supervised by Ms. Duino.

As a result of Ms. Duino's efforts to locate a qualified preservation source, the Court further authorizes that said preservation shall be conducted by the U. S. Secret Service in its Denver, Colorado field office. As stated in the Court's November 12, 2008 order, Ms. Duino shall have complete oversight of the entire preservation process. Preservation services shall be conducted using appropriate technologies as authorized by Ms. Duino and provided by qualified personnel of the U. S. Secret Service under her direction. Staff of the U. S. Secret Service assisting Ms. Duino shall not maintain either personally nor on the equipment of the Service copies or recordings related to the preserved exhibit records.

Throughout the preservation process, Ms. Duino is to maintain at all times the security of the exhibits. Upon completion of the process, Ms. Duino shall return the original exhibits, along with all copies of preserved media format of such exhibits, to the sealed files of these cases as currently maintained by the Federal Records Center.

Dated this the 20th day of March, 2009 in Denver, Colorado.

BY THE COURT:

LEWIS T. BABCOCK, JUDGE